García, Demandante y Apelado, *v.* Central Vannina, Demandada y Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Primer Distrito, en pleito sobre daños y perjuicios.

No. 2756.—Resuelto en julio 12, 1923.

Daños y Perjuicios por Negligencia—Cuantía de la Indemnización de Daños.—Probado que a causa de negligencia de la demandada el automóvil del demandante, marca ''Hudson Super Six,'' modelo 1917, sufrió desperfectos de consideración, si bien no quedó inservible, lo dejado de ganar por el demandante y las contusiones recibidas que le retuvieron en su casa durante tres semanas, *se resolvió:* que una indemnización de $2,000 es razonable.

Los hechos están expresados en la opinión.
Abogado de la apelante: *Sr. D. Monserrat.*
Abogado del apelado: *Sres. F. González y C. Iriarte Jr.*
El Juez Asociado Sr. Franco Soto, emitió la opinión del tribunal.

Gerardo M. García, demandante en este caso, era el chófer que conducía su propio automóvil con el cual chocó el ferrocarril de la demandada en la tarde del 19 de febrero de 1920. En la opinión emitida en el recurso núm. 2753 interpuesto en el pleito seguido por Ramona Morales, uno de los pasajeros que viajaba en dicho automóvil, contra la Central Vannina, se han estudiado todas las cuestiones de hecho y legales envueltas en el asunto, haciéndose mención

de que el chófer estaba exento de toda culpa o participación de negligencia contributoria en relación con las causas y hechos que concurrieron en el caso.

Sólo resta una cuestión más para estudiar y resolver en este caso, a saber: la cuantía de la indemnización. El demandante solicitó ocho mil cien dólares. La corte concedió tres mil quinientos. Se probó que el automóvil "Hudson Super Six", modelo 1917, era de su propiedad, estaba en buenas condiciones, y sufrió desperfectos de consideración a consecuencia del choque; asímismo quedó probado que recibió el demandante contusiones que le retuvieron en su casa durante tres semanas, causándole dolores físicos y sufrimientos mentales y pérdidas en sus bienes.

Atendido el valor del automóvil, el hecho de que no se demostró que quedara absolutamente inservible, lo dejado de ganar por el demandante y las contusiones por él sufridas, a nuestro juicio la indemnización no debió pasar de dos mil dólares. En tal virtud debe modificarse la sentencia y así modificada confirmarse.

> *Confirmada la sentencia apelada, modificándola.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y **Hutchison.**